UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 12 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| OCEANSIDE HEALTH PRODUCTS, LLC, a California limited liability company,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>INSTOCK GOODIES, INC., a New York corporation,<br><br>        Defendant - Appellee. | No. 23-55482<br><br>D.C. No. 8:23-cv-00266-CJC-DFM<br>U.S. District Court for Central California, Santa Ana<br><br>**MANDATE** |

The judgment of this Court, entered May 20, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT